UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-20550-CIV-MORENO

JOHN MERCER and BRENDA MERCER,

    Plaintiffs,

vs.

CARNIVAL CORPORATION,

    Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS AS TO PLAINTIFF BRENDA MERCER

THIS CAUSE came before the Court upon Defendant's Motion to Dismiss **(D.E. No. 9)**, filed on **June 30, 2008**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED. Plaintiff Brenda Mercer has not responded to the motion and a response is now past due. *See* S.D. Fla. L.R. 7.1(C) ("Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. Failure to do so may be deemed sufficient cause for granting the motion by default.").

This case stems from a personal injury that occurred when Plaintiff John Mercer slipped and fell while exiting the shower in his cabin on a Carnival Cruise Ship. His wife, Brenda Mercer, is named as a Plaintiff in this suit but there are no allegations in the complaint that state a cause of action in her name. Moreover, if the Court were to infer that Plaintiff Brenda Mercer is attempting

to state a claim for loss of consortium, that is not a valid cause of action.  The Eleventh Circuit has explicitly recognized that there is no cause of action for loss of consortium under general maritime law in personal injury cases.  *Lollie v. Brown Marine Serv., Inc.*, 995 F.2d 1565 (11th Cir. 1993).  Accordingly, the motion to dismiss is granted.

DONE AND ORDERED in Chambers at Miami, Florida, this 28th day of July, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record